SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL F. RAFFERTY, Cal. Bar No. 132266
CHRISTOPHER A. BAUER, Cal. Bar No. 228310
PATRICK J. D'ARCY, Cal. Bar No. 250174
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:   714-513-5100
Facsimile:    714-513-5130
prafferty@sheppardmullin.com
cbauer@sheppardmullin.com
pdarcy@sheppardmullin.com

Attorneys for JOANN PHAM and PORTICO HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PHAM, an individual; and PORTICO HOLDINGS, LLC, a California limited liability company,<br><br>             Plaintiffs,<br><br>       v.<br><br>BIANDI, CORP., a California corporation; TOMMY'S T, INC., a California corporation; BQ CREATIONS, LLC, a California limited liability company, QUAN DOAN, an individual; ANH THI DINH, an individual; MINH A. NGUYEN, an individual; TOMMY DU, an individual; AJ UNION, INC., a California corporation; BENAD DESIGNS, an unregistered business entity; TAQ APPARELS, an unregistered business entity; TANKFARM CLOTHING, LLC, a California limited liability company; TEN FOLD, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. SACV 08-00860 JVS (ANx)<br><br>**ORDER REGARDING CIVIL CONTEMPT** |

-1-

# ORDER

On August 18, 2008 at 3:30 p.m., Defendants Tommy Du, Quan Doan, Biandi, Corp., and Tommy's T, Inc. appeared by and through their counsel of record to show cause why a contempt order should not issue against them for violation of the Court's August 5, 2008 Temporary Restraining Order ("TRO").

Having considered Plaintiffs' *Ex Parte* Application for OSC re Failure to Comply with Temporary Restraining Order and papers offered in support thereof, as well as Defendants' opposition papers thereto, and having heard oral argument from party counsel at the August 18th hearing, THE COURT FINDS by clear and convincing evidence that Defendants Tommy Du, Quan Doan, Biandi, Corp. ("Biandi"), and Tommy's T, Inc. ("Tommy's T") are in contempt of Court. Said Defendants had notice of the Court's August 5, 2008 Temporary Restraining Order ("TRO") and violated the TRO by:

1. Transferring $121,023.77 from Biandi to Tommy Du on or about August 7, 2008.
2. Transferring $16,000 from Tommy's T, Inc. to Biandi on or about August 7, 2008.
3. Withdrawing approximately $24,000 from Biandi and Tommy's T to pay Defendants, Quan Doan and Tommy Du on or about August 6, 2008

Therefore, the Court HEREBY ORDERS, DECREES, AND ADJUDGES that Defendants Tommy Du, Quan Doan, Biandi, and Tommy's T are in contempt of Court.

IT IS FURTHER HEREBY ORDERED that Defendant Tommy Du and Quan Doan return the $121,023.77 to Biandi and confirm that the funds were deposited into Biandi's bank account.

IT IS FURTHER HEREBY ORDERED that Biandi shall return $16,000 to Tommy's T and provide confirmation to Plaintiffs of said return.

1   IT IS FURTHER HEREBY ORDERED that Defendants Tommy Du
2 and Quan Doan shall return the funds withdrawn for themselves from the bank
3 accounts of Biandi or Tommy's T after August 5, 2008, except that each of them
4 may retain from said withdrawals $4,000 each as salary.

5   IT IS FURTHER ORDERED that all the above-mentioned funds be
6 returned within seven (7) days of the August 18th hearing, that is, on of before
7 August 25, 2008.

8   IT IS FURTHER HEREBY ORDERED that Defendants, and each of
9 them, shall provide to counsel for Plaintiffs by the close of business each Friday,
10 beginning on August 22, 2008, all documents evidencing the use, withdrawal, and
11 deposit of any funds to/from Biandi and to/from Tommy's T for the preceding week
12 ending that Friday, including printouts of online account summaries or statements,
13 deposits slips, checks written, wire transfers, cash withdrawals on company
14 accounts, and/or other company records showing payment of funds into or out of
15 bank accounts of Biandi and/or Tommy's T.  IT IS FURTHER ORDERED that
16 Plaintiffs may notice a Rule 30(b)(6) deposition on three (3) days notice to inquire
17 about any transaction identified in the documents provided.

18   The Court FURTHER ORDERS that Defendants Tommy Du and Quan
19 Doan shall pay the Plaintiffs' attorneys' fees in an amount to be determined by
20 separate order for bringing and arguing Plaintiffs' *Ex Parte* Application for OSC
21 Regarding Failure to Comply with Temporary Restraining Order.

23  DATED: September 02, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

W02-WEST:3CAB1\400996238.1                    [PROPOSED] ORDER REGARDING CONTEMPT