1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PHAM, an individual; and PORTICO HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BIANDI, CORP., a California corporation; TOMMY'S T, INC., a California corporation; BQ CREATIONS, LLC, a California limited liability company, QUAN DOAN, an individual; ANH THI DINH, an individual; MINH A. NGUYEN, an individual; TOMMY DU, an individual; AJ UNION, INC., a California corporation; BENAD DESIGNS, an unregistered business entity; TAQ APPARELS, an unregistered business entity; TANKFARM CLOTHING, LLC, a California limited liability company; TEN FOLD, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08-00860 JVS (ANx)<br><br>**JUDGMENT** |

W02-WEST:3CAB1\401020529.1                                                                       JUDGMENT

1  Having considered the Stipulation for Judgment of Plaintiffs Joann Pham
2  and Portico Holdings, LLC (collectively "Pham") and Defendants Biandi, Corp.
3  ("Biandi"); Tommy's T, Inc. ("TTI"); BQ Creations, LLC ("BQ"); Quan Doan ; Anh Thi
4  Dinh; Minh A. Nguyen; Tommy Du; AJ Union, Inc. ("AJ"); Benad Designs ("Benad");
5  and TAQ Apparels ("TAQ") (collectively the "Defendants"), and considering the
6  Complaint on file herein and good cause appearing therefrom,
7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for
8  Pham's claims in the above-entitled lawsuit, Pham shall have judgment against Defendants
9  Biandi, TTI, Quan Doan, and Anh Thi Dinh, jointly and severally, in the amount of
10 $5,000,000.00 in principal and prejudgment interest; and
11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for
12 Pham's claims in the above-entitled lawsuit, Pham shall have judgment against Defendant
13 Tommy Du in the amount of $1,000,000.00 in principal and prejudgment interest; and
14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
15 Pham recover from Defendants Biandi, TTI, Quan Doan, Anh Thi Dinh, and Tommy Du,
16 jointly and severally, interest on these respective judgment amounts at the legal rate
17 commencing with the date of entry of this Judgment to the date or dates these respective
18 judgment amounts are satisfied in full.
19     The Clerk is directed and ordered to enter this Judgment.
20
21 IT IS SO ORDERED.
22
23 Dated:  September 30, 2008
24     _____
       THE HON. JAMES V. SELNA
       UNITED STATES DISTRICT JUDGE
25
26
27
28