Sterling Scott Winchell (CBN 147054)
3 Hutton Centre, Suite 900
Santa Ana, Ca , 92707
Phone: 949-387-9191
Fax   : 626-898-9291
Email: SSWinchell@netzero.com

Attorneys for Plaintiffs
Joann Pham and Portico Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PHAM; PORTICO HOLDINGS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>QUAN DOAN, an individual; ANH THI DINH, an individual; MINH A. NGUYEN, an individual; TOMMY DU, an individual; BIANDI CORP., a California corporation, TOMMY'S T, INC., a California corporation; BQ CREATIONS,LLC, a California limited  liability company; AJ UNION, INC., a California corporation; TEN FOLD, LLC, a California limited liability company, BENAD DESIGNS, an unregistered business entity TAQ APPARELS, an unregistered business entity; TANKFARM CLOTHING, LLC, a California limited liability company;<br><br>Defendants. | CASE NO: SACV 08-00860 JVS (ANx)<br><br>**RENEWED JUDGMENT** |

The Judgment entered in the above entitled action on September 30, 2008, is hereby renewed as follows as follows:

A. The judgment entered on September 30, 2008 against Defendants Biandi, Corp, Tommy's T, Inc., Quan Doan and Anh Thi Dinh, jointly and severally in the amount of $5,000,000.00 [five million dollars] is renewed effective September 19, 2018. Pursuant to the DECLARATION OF SETTLEMENT OF INTEREST, PURSUANT TO LR 58-7, filed herein as "Document 50", the annual interest on the judgment as to these defendants is $97,500 per year and $267.12 per day. As of the date of this submission, September 19, 2018, 9 years and 354 days have elapsed, accordingly the interest accrued to date on the judgment as to these defendants totals $877,500.00 [97,500 x 9 years] plus $94,560.48 [$267.12 x 354 days] totaling $972,060.48 of post judgment interest. There are no credits after judgment, and no costs or fees after judgment. **The total renewed joint and several judgment against defendants/judgment debtors Biandi, TTI, Quan Doan and Anh Thi Dinh is $5,972,060.48.**

B. The judgment was entered on September 30, 2018 against defendant Tommy Du in the amount of $1,000,000.00 [one million dollars]. Pursuant to the DECLARATION OF SETTLEMENT OF INTEREST, PURSUANT TO LR 58-7, filed herein as "Document 50", the annual interest on the judgment as to defendant Tommy Du is $19,500 per year and $53.42 per day. As of the date of this submission, September 19, 2018, 9 years and 354 days have elapsed, accordingly the interest accrued to date on the judgment as to defendant Tommy Du totals $175,500.00 [19,500.00 x 9 years] plus $18,910.68 [$53.42 x 354 days] totaling $194,410.68 of post judgment interest. There are no credits after judgment, and no costs or fees

after judgment. **The total renewed judgment against defendant Tommy Du is $1,194,410.68.**

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: September 21, 2018

/s/ Evelyn Synagogue
_____
DEPUTY CLERK